In re Cooper, Jack Lee; — Plaintiffs); applying for supervisory and/or remedial writ; Parish of Orleans, Criminal District Court, Div. “F”, No. 209-754.
Writ granted; case remanded. The timeliness provisions of C.Cr.P. art. 930.8(A) do not apply to motions to correct illegal sentences made under La.C.Cr.P. art. 882, which states that illegal sentences “may be corrected at any time.” State ex rel Foucha v. Cr.D.C., 93-1001 (La. 9/2/94), 642 So.2d 1274; State ex rel. Johnson v. Day, 92-0122 (La. 5/13/94), 637 So.2d 1062. The district court is therefore ordered to address the merits of relator’s claims in accordance with the procedures and guidelines set forth in State v. Desdunes, 579 So.2d 452 (La.1991); State v. Washington, 578 So.2d 1150 (La.1991) and State ex rel. Jackson v. Smith, 578 So.2d 1150 (La.1991).
JOHNSON, J., not on panel.